UNITED STATES of America, et al Plaintiffs,

and

United States ex rel Doris Modglin and Russ Milko Plaintiffs-Appellants,

v.

DJO GLOBAL, INC.; DJO Finance LLC; Orthofix, Inc., Defendants,

and

DJO Global Inc., DJO LLC, DJO Finance LLC, Biomet, Inc., EBI, LP and EBI, LLC, Defendants-Appellees.

No. 15-55840

United States Court of Appeals, Ninth Circuit.

Argued and Submitted February 9, 2017 Pasadena, California

Filed February 27, 2017

Phillip Eugene Benson, Esquire, Attorney, Warren-Benson Law Group, Minnetonka, MN, Linda R. MacLean, Linda R. MacLean, Newport Beach, CA, Gerald C. Robinson, Simmer Law Group, PLLC, Minneapolis, MN, Donald R. Warren, Esquire, Attorney, Warren–Benson Law Group, LA Jolla, CA, for Plaintiffs-Appellants

Raymond A. Cardozo, Reed Smith LLP, San Francisco, CA, Francisca Minghao Mok, Esquire, Attorney, Reed Smith LLP, Los Angeles, CA, Thomas Howle Suddath, Jr., Esquire, Attorney, Reed Smith LLP,

Philadelphia, PA, for Defendant-Appellee DJO LLC

Jessica Lynn Ellsworth, Attorney, Eugene Alexis Sokoloff, Michele W. Sartori, Esquire, Attorney, Hogan Lovells US LLP, Washington, DC, for Defendants-Appellees EBI, LP, EBI, LLC, Biomet, Inc.

Before: THOMAS, Chief Judge, NGUYEN, Circuit Judge, and AMON,* District Judge.

### MEMORANDUM **

Relators Doris Modglin and Russ Milko appeal the district court's grant of Defendant's motions to dismiss. For reasons stated in the district court's two well-reasoned opinions, dated September 2, 2014, and May 8, 2015, we affirm.

**AFFIRMED.**

---

* The Honorable Carol Bagley Amon, United States District Judge for the Eastern District of New York, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.